**Order entered May 12, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00963-CR

## CORNELIUS TURNER, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 194th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F15-52355-M

## ORDER
Before Chief Justice Wright and Justices Bridges and Lang

Based on the Court's opinion of this date, we **DIRECT** the Clerk of the Court to issue the

mandate in this appeal **INSTANTER**.


/s/ DAVID L. BRIDGES
JUSTICE